Orzell BILLINGSLEY, Sr., Mrs. Blanche McSwain, and Mrs. Essie Mae Rice, Plaintiffs-Appellants,

v.

George G. SEIBELS, Jr., Individually and as Mayor of the City of Birmingham, Alabama, et al., Defendants-Appellees.

No. 76–3568
Summary Calendar.*

United States Court of Appeals,
Fifth Circuit.

July 21, 1977.

Rehearing Denied Aug. 24, 1977.

Orzell Billingsley, Jr., Birmingham, Ala., for plaintiffs-appellants.

James G. Adams, III, Herbert Jenkins, Jr., Birmingham, Ala., for City defendants-appellees.

Douglas P. Corretti, Samuel Maples, Birmingham, Ala., for American Title Ins.

---

* Rule 18, 5 Cir.; see *Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al.*, 5 Cir., 1970, 431 F.2d 409, Part I.

Before THORNBERRY, RONEY and HILL, Circuit Judges.

PER CURIAM:

Affirmed. *See Billingsley v. Seibels*, 433 F.Supp. 1 (N.D.Ala.1976).

Appellants seek to distinguish the principle of *Jennings v. Caddo Parish School Bd.*, 531 F.2d 1331 (5th Cir.), *cert. denied*, 429 U.S. 897, 97 S.Ct. 260, 50 L.Ed.2d 180 (1976) on the ground that they were defendants in a state court action, rather than plaintiffs. This distinction does not appear to be sufficient to bring appellants within the rule announced in *England v. Louisiana State Board of Medical Examiners*, 375 U.S. 411, 84 S.Ct. 461, 11 L.Ed.2d 440 (1964). *See Brown v. Chastain*, 416 F.2d 1012 (5th Cir. 1969), *cert. denied*, 397 U.S. 951, 90 S.Ct. 976, 25 L.Ed.2d 134 (1970).